SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         tom.califano@sidley.com
               rpatel@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Jon W. Muenz (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:         wcurtin@sidley.com
               jmuenz@sidley.com
               pventer@sidley.com
               anne.wallice@sidley.com

*Attorneys for the Defendant Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) Rel. to Docket No. 1 |
| AMANDA CANNAVO, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PROSPECT MEDICAL HOLDINGS, INC., *et al.*, <br> Defendants. | Adv. Pro. No. 25-08001-sgj |

## APPENDIX IN SUPPORT OF DEFENDANTS'
## MOTION TO DISMISS COMPLAINT

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

| Exhibit No. | Description of Exhibit | App. No. |
|---|---|---|
| A | Declaration of Rakhee V. Patel in Support of the Defendants' Motion to Dismiss Complaint | 1-4 |
| A-1 | March 9, 2025 news article entitled "Crozer Health Will Remain Open Following Emergency Meeting" | 5-10 |
| A-2 | March 25, 2025 news article entitled "Officials Tout Progress in Preserving Two Pennsylvania Hospitals" | 11-13 |
| A-3 | April 10, 2025 news article entitled "Penn Medicine and Delaware County Dish Out $6M to Delay Crozer Health Closure" | 14-19 |
| B | Transcript of First Day hearing (January 14, 2025) [Docket No. 164] | 20-176 |
| C | Transcript of March 6, 2025 Hearing [Docket No. 916] | 177-231 |
| D | Transcript of March 19, 2025 Hearing [Docket No. 1303] | 232-345 |
| E | Transcript of March 24, 2025 Hearing [Docket No. 1350] | 346-365 |
| F | Transcript of April 8, 2025 Hearing [Docket No. 1547] | 366-417 |
| G | Transcript of April 10, 2025 Hearing [Docket No. 1548] | 418-443 |
| H | Transcript of April 22, 2025 Hearing [Docket No. 1627] | 444-546 |
| I | Transcript of March 11, 2025 Hearing [Docket. 1162] | 547-567 |
| J | Transcript of April 1, 2025 Hearing [Docket. 1435] | 568-575 |
| K | Declaration of Paul Rundell in Support of the Debtors' First Day Motions [Docket No. 41] | 576-641 |
| L | Supplemental Declaration of Paul Rundell in Support of the Closure of the Pennsylvania Hospitals [Docket No. 1575] | 642-661 |
| M | The Crozer Sale Motion [Docket No. 332] | 662-693 |
| N | The Closure Motion [Docket No. 882] | 694-729 |
| O | The Supplemental Closure Motion [Docket No. 1574] | 730-832 |
| P | The Closure Order [Docket No. 1613] | 833-848 |

Dated: June 20, 2025
Dallas, Texas

*/s/ Rakhee V. Patel*
**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         tom.califano@sidley.com
               rpatel@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Jon W. Muenz (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:         wcurtin@sidley.com
               jmuenz@sidley.com
               pventer@sidley.com
               anne.wallice@sidley.com

*Attorneys for the Defendant Debtors*

3

**<u>Certificate of Service</u>**

I certify that on June 20, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ *Rakhee V. Patel*
Rakhee V. Patel