IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |
| AMANDA CANNAVO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,<br>Defendants. | Adv. Pro. No. 25-08001-sgj |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 23, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the methods set forth on the Service List attached hereto as **Exhibit A**:

- **Defendants' Motion to Dismiss Complaint [Adv. Docket No. 14]**

- **Defendants' Brief in Support of the Motion to Dismiss [Adv. Docket No. 15]**

- **Appendix in Support of Defendants' Motion to Dismiss Complaint [Adv. Docket No. 16]**

Dated: June 27, 2025

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 27th day of June, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and Noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Creditor | Email | Method of Service |
|---|---|---|
| Name Redacted | Email Redacted | Email |
| Otteson Shapiro Llp | jcl@os.law | Email |
| Raisner Roupinian Llp | jar@raisnerroupinian.com; rsr@raisnerroupinian.com | Email |

PROSPECT MEDICAL HOLDINGS, INC., et al., (Case No. 25-80002)