SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:        tom.califano@sidley.com
              rpatel@sidley.com
              mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:        wcurtin@sidley.com
              pventer@sidley.com
              anne.wallice@sidley.com

*Attorneys for the Defendant Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered)<br>Rel. to Docket No. 1 |
| AMANDA CANNAVO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.,*<br>    Defendants. | Adv. Pro. No. 25-08001-sgj |

**DEFENDANT DEBTORS' WITNESS AND EXHIBIT
LIST FOR HEARING SCHEDULED FOR
JULY 23, 2025 AT 9:30 A.M. (PREVAILING CENTRAL TIME)**

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

Prospect Medical Holdings, Inc., Prospect CCMC, LLC and Prospect Crozer, LLC (the "Defendant Debtors") hereby submit this witness and exhibit list (the "Witness and Exhibit List") and designate the following witnesses in connection with the matters scheduled for hearing on **July 23, 2025 at 9:30 a.m. (prevailing Central Time)**.

A.  Witnesses

    1.    Rakhee V. Patel, Partner, Sidley Austin LLP

    2.    Any witnesses called or designated by any other party.

    3.    Any impeachment or rebuttal witnesses.

B.  Exhibits[2]

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 1. | Declaration of Rakhee V. Patel in Support of the Defendants' Motion to Dismiss Complaint, Appx. Ex. A at 1-19 | | | | | | | |
| 2. | Transcript of First Day hearing (January 14, 2025) [Docket No. 164], Appx. Ex. B at 20-176 | | | | | | | |
| 3. | Transcript of March 6, 2025 Hearing [Docket No. 916], Appx. Ex. C at 177-231 | | | | | | | |
| 4. | Transcript of March 19, 2025 Hearing [Docket No. 1303], Appx. Ex. D at 232-345 | | | | | | | |
| 5. | Transcript of March 24, 2025 Hearing [Docket No. 1350], Appx. Ex. E at 346-365 | | | | | | | |
| 6. | Transcript of April 8, 2025 Hearing [Docket No. 1547], Appx. Ex. F at 366-417 | | | | | | | |
| 7. | Transcript of April 10, 2025 Hearing [Docket No. 1548], Appx Ex. G at 418-443 | | | | | | | |
| 8. | Transcript of April 22, 2025 Hearing [Docket No. 1627], Appx. Ex. H at 444-546 | | | | | | | |
| 9. | Transcript of March 11, 2025 Hearing [Docket. 1162], Appx. Ex. I at 547-567 | | | | | | | |

---

[2]   All exhibits are located in the *Appendix in Support of Defendants' Motion to Dismiss Complaint* [Docket No. 16].

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| 10. | Transcript of April 1, 2025 Hearing [Docket. 1435], Appx. Ex. J at 568-757 | | | | | | | |
| 11. | Declaration of Paul Rundell in Support of the Debtors' First Day Motions [Docket No. 41], Appx. Ex. K at 576-641 | | | | | | | |
| 12. | Supplemental Declaration of Paul Rundell in Support of the Closure of the Pennsylvania Hospitals [Docket No. 1575], Appx. Ex. L at 642-661 | | | | | | | |
| 13. | The Crozer Sale Motion [Docket No. 332], Appx. Ex. M at 662-693 | | | | | | | |
| 14. | The Closure Motion [Docket No. 882], Appx. Ex. N at 694-729 | | | | | | | |
| 15. | The Supplemental Closure Motion [Docket No. 1574], Appx. Ex. O at 730-832 | | | | | | | |
| 16. | The Closure Order [Docket No. 1613], Appx. Ex. P at 833-848 | | | | | | | |
| | All exhibits necessary for impeachment purposes. | | | | | | | |
| | Any other document entered or filed in the above-styled bankruptcy case, including any exhibits thereto. | | | | | | | |
| | Any and all documents identified or offered by any other party. | | | | | | | |

*[Remainder of the page intentionally left blank.]*

Dated:  July 21, 2025
Dallas, Texas

*/s/ Rakhee V. Patel*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         tom.califano@sidley.com
               rpatel@sidley.com
               mquejada@sidley.com


*and*

William E. Curtin (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:         wcurtin@sidley.com
               pventer@sidley.com
               anne.wallice@sidley.com

*Attorneys for the Defendant Debtors*

4

## Certificate of Service

I certify that on July 21, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

/s/ Rakhee V. Patel
Rakhee V. Patel