

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 28, 2025**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PROSPECT MEDICAL HOLDINGS, INC., | § | |
| ET AL., | § | Case No. 25-80002-SGJ |
| | § | |
| Debtors. | § | Chapter 11 |

_____

| | | |
|---|---|---|
| AMANDA CANNAVO, *on behalf of herself and all others similarly situated* | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Adversary No. 25-8001-SGJ |
| PROSPECT MEDICAL HOLDINGS, INC., ET AL., | § § § | |
| Defendants. | § § | |

## ORDER DENYING MOTION TO DISMISS

ON THIS DATE, the Court considered the Motion to Dismiss Adversary Proceeding (the "Motion") (Dkt. No. 14) filed by Prospect Medical Holdings, Inc, et al. (the "Defendants") in the above captioned adversary proceeding, the Response Opposed to the Motion (the "Response") (Dkt. No. 24) filed by Amanda Cannavo (the "Plaintiff"), and the Reply in Support of the Motion (the "Reply") (Dkt. No. 25) filed by the Defendants.  After consideration of the Motion, the Response, the Reply, and the argument of counsel the Court determines that the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court is able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and for the reasons stated on the record, the Court finds good cause for entry of the following Order.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**.

***END OF ORDER***

Order Submitted by:

John C. Leininger (24007544)
Otteson Shapiro LLP
4851 LBJ Freeway, Suite 650
Dallas, Texas 75244
(214) 619-8325
jcl@os.law

and

Jack Raisner (Admitted Pro Hac Vice)
Isaac Raisner (Admitted Pro Hac Vice)
Raisner Roupinian LLP
270 Madison Ave., Ste. 1801
New York, NY 10016
(212) 221-1747
jar@raisnerroupinian.com
isr@raisnerroupinian.com

Attorneys for Amanda Cannavo