| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Thomas R. Califano (24122825)<br>Rakhee V. Patel (00797213)<br>Maegan Quejada (24105999)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone:  (214) 981-3300<br>Facsimile:   (214) 981-3400<br>Email:         tom.califano@sidley.com<br>                    rpatel@sidley.com<br>                    mquejada@sidley.com | SIDLEY AUSTIN LLP<br>William E. Curtin (admitted *pro hac vice*)<br>Jon W. Muenz (admitted *pro hac vice*)<br>Patrick Venter (admitted *pro hac vice*)<br>Anne G. Wallice (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Facsimile:   (212) 839-5599<br>Email:         wcurtin@sidley.com<br>                    jmuenz@sidley.com<br>                    pventer@sidley.com<br>                    anne.wallice@sidley.com |

*Attorneys for the Defendant Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered)<br>Rel. to Docket No. 1 |
| AMANDA CANNAVO, on behalf of herself and all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,<br>　　Defendants. | Adv. Pro. No. 25-08001-sgj |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

# NOTICE OF JOINT STIPULATION AND AGREED ORDER BETWEEN THE DEFENDANT DEBTORS AND PLAINTIFF AMANDA CANNAVO STAYING DEADLINES

**PLEASE TAKE NOTICE** that, pursuant to the Stipulation and Agreed Order attached hereto as **Exhibit A**, Prospect Medical Holdings, Inc., Prospect CCMC, LLC and Prospect Crozer, LLC, as defendants in the above captioned adversary proceeding (collectively, the "Defendant Debtors") and plaintiff Amanda Cannavo. (the "Plaintiff", and collectively with the Defendant Debtors, the "Parties"), have agreed to stay deadlines in the above captioned adversary complaint for 45 days following the entry of the Stipulation and Agreed Order.

*[Remainder of page intentionally left blank.]*

Dated: September 2, 2025  /s/ Rakhee V. Patel
Dallas, Texas

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:      (214) 981-3300
Facsimile:      (214) 981-3400
Email:          tom.califano@sidley.com
                rpatel@sidley.com
                mquejada@sidley.com


*and*

William E. Curtin (admitted *pro hac vice*)
Jon W. Muenz (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:      (212) 839-5300
Facsimile:      (212) 839-5599
Email:          wcurtin@sidley.com
                jmuenz@sidley.com
                peventer@sidley.com
                anne.wallice@sidley.com

*Attorneys for the Defendant Debtors*

## Certificate of Service

I certify that on September 2, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Rakhee V. Patel*
Rakhee V. Patel