

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 22, 2025**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| PROSPECT MEDICAL HOLDINGS, INC., ET AL., | § § § | Case No. 25-80002-SGJ |
| Debtors. | § § | Chapter 11 |

| | | |
|---|---|---|
| AMANDA CANNAVO, *on behalf of herself and all others similarly situated* | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Adversary No. 25-8001-SGJ |
| PROSPECT MEDICAL HOLDINGS, INC., ET AL., | § § § | |
| Defendants. | § § | |

1

## SCHEDULING ORDER

THE PARTIES, having conferred on a schedule for discovery and trial in this Adversary Proceeding, jointly propose the deadlines below.  After consideration of the Parties' proposal, the Court determines that the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court is able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the proposed Scheduling Order having been given under the particular circumstances, the Court finds good cause for entry of the following Order.

**IT IS THEREFORE ORDERED** that the Schedule below is **ENTERED**.

The following deadlines will apply to this Adversary Proceeding:

(1) Defendants will file their **Answer** to the Complaint, and the Parties shall make the **Disclosures** required by Federal Bankruptcy Rule 7026(a), by **November 25, 2025**.

(2) Plaintiff's **motion for class certification** shall be filed by **December 15, 2025**.

(3) **Discovery** will be completed by **July 16, 2026**.

(4) **Trial** is set before the Honorable Stacey G. Jernigan at 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242 the week of **September 21, 2026**.  **Docket call** for this trial will be held on **September 14, 2026**, at 1:30 pm at 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242. A pretrial conference shall be scheduled by the parties at least seven (7) calendar days prior to trial docket call in a complex adversary proceeding if the parties anticipate that trial will exceed one day or if there are preliminary matters that should be addressed by the Court prior to the commencement of trial.

***END OF ORDER***

Order Submitted (with consent of Defendants) by:

John C. Leininger (24007544)
Otteson Shapiro LLP
4851 LBJ Freeway, Suite 650
Dallas, Texas 75244
(214) 619-8325
jcl@os.law

and

Jack Raisner (Admitted Pro Hac Vice)
René Roupinian (Admitted Pro Hac Vice)
Isaac Raisner (Admitted Pro Hac Vice)
Raisner Roupinian LLP
270 Madison Ave., Ste. 1801
New York, NY 10016
(212) 221-1747
jar@raisnerroupinian.com
rsr@raisnerroupinian.com
isr@raisnerroupinian.com

*Attorneys for Plaintiff Amanda Cannavo and the putative class*