# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (DALLAS DIVISION)

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC. *et al.*,[1]<br><br>　　　　　　　Debtors,<br><br><br>AMANDA CANNAVO, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,<br><br>　　　　　　　Defendants. | **Chapter 11**<br>**Bankruptcy Case No. 25-80002 (SGJ)**<br>**Jointly Administered**<br><br><br><br><br><br>**Adv. Pro. No.  25-08001 (SGJ)** |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND RELATED RELIEF

> **NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING 1100 COMMERCE ST., RM. 1254, DALLAS, TX 75242-1496, BEFORE CLOSE OF BUSINESS ON NOVEMBER 20, 2025, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**
>
> **ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**
>
> **IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHTOR THE NOTICED ACTION MAY BE TAKEN.**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect.

      For the reasons set forth in the Memorandum of Law and supporting papers, Plaintiff Amanda Cannavo ("Plaintiff"), in furtherance of her claims under the Worker Adjustment Retraining and Notification ("WARN") Act, 29 U.S.C. § 2101 *et seq*., pursuant to Federal Rule of Civil Procedure 23, made applicable under Bankruptcy Rule 7023, hereby moves the Court for an Order: (a) certifying a class comprised of: Plaintiff and all similarly situated former employees of Defendants who (i) worked at, reported to or received assignments from the following facilities: Crozer-CCMC, Crozer CCMC BHU, Crozer-Corporate Headquarters, Crozer-Springfield Hospital, Crozer-Springfield Hospital Offices, Crozer-Taylor Hospital, Crozer-West 15th Street Offices, Crozer-West 15th Street Offices BHU; (ii) were separated (other than termination for cause) beginning April 24, 2025, and within 30 days from the date of the layoff; and (iii) have not filed a timely request to opt-out of the class; (b) appointing Raisner Roupinian LLP as Class Counsel, (c) appointing Plaintiff as the Class Representative, (d) approving the form and manner of Notice, and (e) and such further relief as this Court may deem proper.

Dated: October 30, 2025

                                            By: */s/ Jack A. Raisner*
                                            Jack A. Raisner
                                            René S. Roupinian
                                            **RAISNER ROUPINIAN LLP**
                                            270 Madison Avenue, Suite 1801
                                            New York, New York 10016
                                            Telephone: (212) 221-1747
                                            Facsimile: (212) 221-1747
                                            Email: rsr@raisnerroupinian.com
                                            Email: jar@raisnerroupinian.com

                                            John C. Leininger
                                            Texas Bar No. 24007544
                                            **OTTESON SHAPIRO LLP**
                                            5420 LBJ Freeway, Suite 1225
                                            Dallas, Texas 75240

Telephone: (469) 397-4825
Email: jcl@os.law

*Attorneys for Plaintiff and the putative class*

3

## CERTIFICATE OF CONFERENCE (L.B.R. 7007-1(a))

      Pursuant to Local Bankruptcy Rule 7007-1(a), counsel for Plaintiff conferred with counsel for Defendants via teleconference on October 30, 2025, regarding the instant Motion. Counsel for Defendants indicated that Defendants are open to potentially resolving the Motion through consent and would review the Motion to determine their position on the relief sought.

                                          /s/   *Jack A. Raisner*
                                          Jack A. Raisner

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of October 2025 I electronically filed this Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to all those receiving electronic service this matter.

                                          /s/   *Jack A. Raisner*
                                          Jack A. Raisner