SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
    rpatel@sidley.com
    mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Jon W. Muenz (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    wcurtin@sidley.com
    jmuenz@sidley.com
    pventer@sidley.com
    anne.wallice@sidley.com

*Attorneys for the Defendant Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered)<br>Rel. to Docket No. 1 |
| AMANDA CANNAVO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,<br>    Defendants. | Adv. Pro. No. 25-08001-sgj |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**NOTICE OF JOINT STIPULATION AND AGREED ORDER BETWEEN THE
DEFENDANT DEBTORS AND PLAINTIFF AMANDA CANNAVO REVISING THE
SCHEDULING ORDER**

      **PLEASE TAKE NOTICE** that, pursuant to the Stipulation and Agreed Order attached hereto as **<u>Exhibit A</u>**, Prospect Medical Holdings, Inc., Prospect CCMC, LLC and Prospect Crozer, LLC, as defendants in the above captioned adversary proceeding (collectively, the "<u>Defendant Debtors</u>") and plaintiff Amanda Cannavo. (the "<u>Plaintiff</u>", and collectively with the Defendant Debtors, the "<u>Parties</u>"), have agreed to revise the *Scheduling Order* [Docket No. 37] in the above captioned adversary complaint.

*[Remainder of page intentionally left blank.]*

2

Dated: November 24, 2025
Dallas, Texas

*/s/ Jon W. Muenz*

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         tom.califano@sidley.com
               rpatel@sidley.com
               mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Jon W. Muenz (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:         wcurtin@sidley.com
               jmuenz@sidley.com
               peventer@sidley.com
               anne.wallice@sidley.com

*Attorneys for the Defendant Debtors*

### **Certificate of Service**

I certify that on November 24, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Jon W. Muenz*

Jon W. Muenz