# Exhibit A

## Stipulation and Agreed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1] | Case No. 25-80002 (SGJ) |
| Debtors. | (Jointly Administered) Rel. to Docket No. 1 |
| AMANDA CANNAVO, on behalf of herself and all others similarly situated, Plaintiff, v. PROSPECT MEDICAL HOLDINGS, INC., *et al.*, Defendants. | Adv. Pro. No. 25-08001-sgj |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect. The Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**JOINT STIPULATION AND AGREED ORDER BETWEEN
THE DEFENDANT DEBTORS AND PLAINTIFF AMANDA CANNAVO
REVISING THE SCHEDULING ORDER**

This stipulation and agreed order (this "Stipulation and Agreed Order") is made by and among Prospect Medical Holdings, Inc., Prospect CCMC, LLC and Prospect Crozer, LLC, as defendants in the above captioned adversary proceeding (collectively, the "Defendant Debtors") and plaintiff Amanda Cannavo (the "Plaintiff", and collectively with the Defendant Debtors, the "Parties").  The Parties hereby stipulate and agree as follows:

**WHEREAS**, on January 11, 2025, the Debtors filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court");

**WHEREAS**, on May 2, 2025, Plaintiff filed the *Class Action Adversary Proceeding Complaint for Violation of Warn Act 29 U.S.C. § 2101, et seq.* [Docket No. 1] (the "Complaint");

**WHEREAS**, on May 5, 2025, the Court entered the *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* [Docket No. 4] (the "Initial Scheduling Order");

**WHEREAS**, on September 9, 2025, the Court entered the *Joint Stipulation and Agreed Order Between the Defendant Debtors and Plaintiff Amanda Cannavo Staying Deadlines* [Docket No. 34], pursuant to which the Parties agreed to stay certain deadlines and revise the Initial Scheduling Order;

**WHEREAS**, on October 22, 2025 the Court entered the *Scheduling Order* [Docket No. 37] (the "Revised Scheduling Order");

**WHEREAS**, on October 30, 2025, the Plaintiff filed the *Plaintiff's Motion for Class Certification and Related Relief* [Docket No. 39] (the "Motion for Class Certification"), the

2

deadline to object to the Motion for Class Certification was November 20, 2025, and the Defendant Debtors do not intend to object to the Motion for Class Certification and will negotiate in good faith the terms of an agreed class certification order;

**WHEREAS**, the Parties have determined that this Stipulation and Agreed Order further revising the Revised Scheduling Order is in their best interests and will best facilitate a settlement on the relief requested in the Complaint, if possible;

**WHEREAS**, the undersigned hereby represent and warrant that they have full authority to execute this Stipulation on behalf of the respective parties and that the respective parties have full knowledge of, and have consented to, this Stipulation; and

**WHEREAS**, the Parties agree that each of them has had a full opportunity to participate in the drafting of this Stipulation and, accordingly, any claimed ambiguity shall be construed neither for nor against any of the Parties.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS ORDERED AS FOLLOWS:**

1. Defendants shall file their Answer to the Complaint, and the Parties shall make the Disclosures required by Federal Bankruptcy Rule 7026(a), by **January 7, 2026**.

2. The Parties shall negotiate a form of order granting the Motion for Class Certification by **January 7, 2026.**

3. Discovery shall be completed by **July 16, 2026**.

4. Trial is set before the Honorable Stacey G. Jernigan at 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242 the week of **September 21, 2026**. **Docket call** for this trial will be held on **September 14, 2026**, at 1:30 pm at 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242. A pretrial conference shall be scheduled by the parties at least

seven (7) calendar days prior to trial docket call in a complex adversary proceeding if the parties anticipate that trial will exceed one day or if there are preliminary matters that should be addressed by the Court prior to the commencement of trial.

5. The Court retains jurisdiction with respect to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies with respect to this Stipulation.

**# # # END OF ORDER # # #**

Dated: November 24, 2025
Dallas, Texas

*/s/ Jon W. Muenz*
| | |
|---|---|
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| Thomas R. Califano (24122825) | William E. Curtin (admitted *pro hac vice*) |
| Rakhee V. Patel (00797213) | Jon W. Muenz (admitted *pro hac vice*) |
| Maegan Quejada (24105999) | Patrick Venter (admitted *pro hac vice*) |
| 2021 McKinney Avenue, Suite 2000 | Anne G. Wallice (admitted *pro hac vice*) |
| Dallas, Texas 75201 | 787 Seventh Avenue |
| Telephone:  (214) 981-3300 | New York, New York 10019 |
| Facsimile:   (214) 981-3400 | Telephone: (212) 839-5300 |
| Email:   tom.califano@sidley.com | Facsimile: (212) 839-5599 |
|     rpatel@sidley.com | Email:   wcurtin@sidley.com |
|     mquejada@sidley.com |     jmuenz@sidley.com |
| |     pventer@sidley.com |
| |     anne.wallice@sidley.com |

*Attorneys for the Defendant Debtors*

-and-

*/s/  Jack A. Raisner*
| | |
|---|---|
| RAISNER ROUPINIAN LLP | OTTESON SHAPIRO LLP |
| Jack A. Raisner (*pro hac vice*) | John C. Leininger |
| René S. Roupinian (*pro h*ac *vice*) | Texas Bar No. 24007544 |
| 270 Madison Avenue, Suite 1801 | 4851 LBJ Freeway, Suite 650 |
| New York, New York 10016 | Dallas, Texas 75244 |
| Telephone: (212) 221-1747 | Telephone: (214) 619-8325 |
| Email:   jar@raisnerroupinian.com | Email:   jcl@os.law |
| Email:   rsr@raisnerroupinian.com | |

*Attorneys for Plaintiff and
all others similarly situated*