**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(DALLAS DIVISION)**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC. *et al.*,[1]<br><br>Debtors,<br><br><br>AMANDA CANNAVO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,<br><br>Defendants. | **Chapter 11**<br>**Bankruptcy Case No. 25-80002 (SGJ)**<br>**Jointly Administered**<br><br><br><br>**Adv. Pro. No.  25-08001 (SGJ)** |

**CLASS COUNSEL'S DECLARATION REGARDING INDIVIDUALS
WHO ELECTED TO OPT-OUT OF THE CLASS**

René S. Roupinian declares the truth of the following under penalty of perjury:

1.      I am an attorney at Raisner Roupinian LLP and Class Counsel in the above-referenced case.

1.      On January 12, 2026, the Court entered the Order Certifying Class and Granting Related Relief (Adv. D.I. 47).

2.      On February 9, 2026, Class Counsel provided ALCS with a mailing list identifying each putative class member, their name and last known address (the "Class List").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Prospect.

3.      Pursuant to the Order, Class Counsel caused to be mailed, on February 17, 2026 the *Notice of Class Action* (the "Notice") to all 2,567 individuals contained in the Class List [Adv. D.I. 49].

4.      As provided in the Notice, anyone electing to opt-out of the Class had to mail a completed Opt-Out Form so it was received by Class Counsel by March 19, 2026 [Adv. D.I. 49, Exhibit A].

5.      The nine individuals who elected to opt-out of the Class are: Mary K. Crowley, Pamela M. Evans, Christine F. Giesa, Shelly L. Hinkle, Lois McLaughlin, Steven A. Monte, Mary R. Morris, Mike Sheng, Karen B. Simon.

Dated: March 31, 2026

**RAISNER ROUPINIAN LLP**

*/s/ Rene S. Roupinian*_____