SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:    tom.califano@sidley.com
          rpatel@sidley.com
          mquejada@sidley.com

SIDLEY AUSTIN LLP
William E. Curtin (admitted *pro hac vice*)
Jon W. Muenz (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:    wcurtin@sidley.com
          jmuenz@sidley.com
          pventer@sidley.com
          anne.wallice@sidley.com

*Attorneys for the Defendant Wind-Down Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.*,[1]<br><br>Wind-Down Debtors. | Chapter 11<br><br>Case No. 25-80002 (SGJ)<br><br>(Jointly Administered) |
| AMANDA CANNAVO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPECT MEDICAL HOLDINGS, INC., *et al.,*<br><br>Defendants. | Adv. Pro. No. 25-08001 (SGJ)<br><br>Rel. to Docket Nos. 1, 37, 41 |

---

[1]    A complete list of each of the Wind-Down Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Prospect.  The Wind-Down Debtors' mailing address is 3824 Hughes Ave., Culver City, CA 90232.

**NOTICE OF SECOND JOINT STIPULATION AND AGREED ORDER BETWEEN
THE DEFENDANT WIND-DOWN DEBTORS AND PLAINTIFF AMANDA
CANNAVO REVISING THE SCHEDULING ORDER**

**PLEASE TAKE NOTICE** that, pursuant to the Stipulation and Agreed Order attached hereto as **<u>Exhibit A</u>**, Prospect Medical Holdings, Inc., Prospect CCMC, LLC and Prospect Crozer, LLC, as defendants in the above captioned adversary proceeding (collectively, the "<u>Defendant Wind-Down Debtors</u>") and plaintiff Amanda Cannavo, on behalf of herself and certified class (the "<u>Plaintiff</u>", and collectively with the Defendant Wind-Down Debtors, the "<u>Parties</u>"), have agreed to revise the *Scheduling Order* [Docket Nos. 37 and 41] in the above-captioned adversary complaint.

*[Remainder of page intentionally left blank.]*

Dated: June 8, 2026
Dallas, Texas

/s/ Jon W. Muenz

**SIDLEY AUSTIN LLP**
Thomas R. Califano (24122825)
Rakhee V. Patel (00797213)
Maegan Quejada (24105999)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:        tom.califano@sidley.com
              rpatel@sidley.com
              mquejada@sidley.com

*and*

William E. Curtin (admitted *pro hac vice*)
Jon W. Muenz (admitted *pro hac vice*)
Patrick Venter (admitted *pro hac vice*)
Anne G. Wallice (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:        wcurtin@sidley.com
              jmuenz@sidley.com
              peventer@sidley.com
              anne.wallice@sidley.com

*Attorneys for the Defendant Wind-Down
Debtors*

3

**Certificate of Service**

I certify that on June 8, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Jon W. Muenz*
Jon W. Muenz